PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ausaf Umar Siddiqui                                   Cr.: 18-00003-001
                                                                          PACTS #: 3033563

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2011

Original Offense:   Count One: Wire Fraud, 18 U.S.C. § 1343
                    Count Six: Money Laundering, 18 U.S.C. § 1957(a)

Original Sentence: 72 months imprisonment, 60 months supervised release

Special Conditions: DNA testing, Special Assessment, Restitution, Forfeiture, Financial Disclosure, No New Debt/Credit, Employment Requirements/Restrictions, Cooperate with IRS, Search/Seizure, Mental Health Treatment, Gambling Restriction

Type of Supervision: Supervised Release           Date Supervision Commenced: 02/24/2017

## NONCOMPLIANCE SUMMARY

U.S. Probation Officer Action:

On December 8, 2011, Ausaf Umar Siddiqui was sentenced in the Northern District of California to 72 months imprisonment, followed by five years supervised release after being convicted of Wire Fraud and Money Laundering. As a condition of supervision Siddiqui was ordered to pay a $65,584,864 in restitution. As of this date, Siddiqui has paid $185,323.95 towards his restitution. The probation office has reviewed his financial status and believes Mr. Siddiqui has been making payments to the best of his ability. The probation office has contacted the Financial Litigation Unit of the U.S. Attorney's Office and they are prepared to oversee the collection of the restitution in this case.

Mr. Siddiqui has already completed three years of supervised release. Since commencing supervision, his health has declined. Most significantly his kidneys failed and he is not sure how much longer he will live. Mr. Siddiqui has medical appointments several times a week, including his dialysis which can last hours. Following dialysis appointments, Mr. Siddiqui is exhausted and spends most of his down time resting. Mr. Siddiqui expressed the possibility of emergency travel to his native country of India if a kidney becomes available. If he remains on supervision, it will be more difficult for him to travel. In addition to kidney failure, Mr. Siddiqui is also legally blind. He has difficulty completing necessary paperwork without help. The U.S. Probation Office has helped Mr. Siddiqui as much as possible but cannot complete and sign paperwork for him. Mr. Siddiqui has limited family support, as he rents a room by himself in an Air B&B in Basking Ridge. To complete his paperwork, he would need to hire a professional. This would be financially difficult for him given he is not able to work. Despite the inability to work, Mr. Siddiqui has remained compliant and continues to pay towards his restitution each month.

Recommendation:

The U.S. Probation Office is recommending the offender's supervision terminate early with money owed based on his failing health and the fact he is low risk to the community. Siddiqui will be referred to the financial litigation unit for collection of his restitution each month.

> Respectfully submitted,
> *Laura M. Kellogg*
> By: Laura M. Kellogg
> U.S. Probation Officer
> Date: 03/25/2020 *SAO*

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ The Court orders that supervision will terminate immediately; collection of the restitution will be maintained by the Financial Litigation Unit of the United States Attorney's Office (as recommended by the Probation Office)

/s/ Kevin McNulty
Signature of Judicial Officer

3/26/2020
Date